**EXHIBIT 2**

**Email correspondence terminating Email on Acid API License Agreement**

**From:** Greg Kraios <greg@250ok.com>
**Sent:** Wednesday, July 3, 2019 12:21 PM
**To:** Ryan Pfenninger <ryan@250ok.com>; John Thies <john@emailonacid.com>
**Cc:** Justin Miller <justin.miller@emailonacid.com>
**Subject:** Re: EOA API

Hi John,

We completely understand, and although we technically compete, I still think there might be ways for us to do some cool things together.  That said, we also consider you a pioneer and friend, so please don't hesitate to reach out if you ever need anything.  We've truly enjoyed working with everyone at your company, and wish you nothing but the best!

Have a safe and festive holiday weekend!

Regards,

**Greg Kraios** | Founder / CEO
o: (855) 250-6529 x1001

250ok | 9247 N. Meridian St., Suite 301 | Indianapolis, IN 46260
greg@250ok.com | www.250ok.com

> On 7/2/2019 7:33 PM, Ryan Pfenninger wrote:
> Thanks John.  Totally understand.  We'll also need to work a plan to get you guys off our iron port appliance.
>
> Thanks,
>
> Ryan
>
>> On Tue, Jul 2, 2019 at 7:23 PM John Thies <john@emailonacid.com> wrote:
>> Hi Greg/Ryan,
>>
>> I hope this email finds you well.
>>
>> It's unfortunate that I have to provide this notice but this email is a formal notification of Email on Acid's intent to terminate the API License Agreement with 250ok, pursuant to section 8 of the API Agreement. It is not something that I want to do but is in the best interests of EOA given that 250ok has recently released a product that is in direct competition with our email rendering services. I hope that you understand given that this has created a conflict of interest between our organizations.

Exhibit 2

On 8/1/2019 Email on Acid will disable 250ok's access to our API. Following this date, final invoices for services will distributed.
In the future, should there no longer be a conflict of interest, we would very much welcome the opportunity to pursue a new partnership with 250ok.

On a personal note, I hope that this does not affect our relationship with each other. I consider you both pioneers in the industry and good friends.

Please let me know if you have any questions, comments or concerns.

Thanks,
John



**John Thies** - *CEO / Co-Founder*

**Direct:** (720) 775-6277   |   **Office:** (720) 242-7633
**Cell:** (858) 213-8774   |   **Twitter:** @johnethies |   **LinkedIn:** /in/johnthies
www.emailonacid.com

Exhibit 2