**EXHIBIT 3**

**Affidavit of John Thies, CEO and Co-Founder of Email on Acid, LLC**

Exhibit 3

| | |
|---|---|
| DISTRICT COURT<br>CITY AND COUNTY OF DENVER, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | |
| **Plaintiff:**<br><br>Email on Acid, LLC<br><br>v.<br><br>**Defendant:**<br><br>250ok, Inc., formerly 250ok LLC | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff:**<br><br>Name:   Zachary C. Garthe, #46741<br>            Reid J. Allred, #37934<br>Address: CAMBRIDGE LAW LLC<br>            4610 S. Ulster St.<br>            Suite 150<br>            Denver, CO  80237<br>Phone:  (303) 488-3338<br>FAX:     (303) 488-3337<br>E-mail:  zac@cambridgelawcolorado.com<br>            reid@cambridgelawcolorado.com | Case Number:   19CV34297<br><br>Div.:   259 |
| **AFFIDAVIT OF JOHN THIES IN SUPPORT OF<br>EMAIL ON ACID, LLC'S MOTION FOR PRELIMINARY INJUNCTION** | |

I, John Thies, make the following statements under oath:

1.     I am the co-founder and Chief Executive Officer of Email on Acid, LLC ("**Email on Acid**"), the plaintiff in the above-captioned action.

2.     I am over the age of 18 and am competent to testify to the statements made in this affidavit, if called upon to do so. The statements in this affidavit are based on my personal knowledge of the facts and circumstances set forth.

3.     In 2009, we launched our email quality assurance software-as-a-service. Email on Acid's propriety service (the "**Email Previews Service**") allows marketers to preview how their emails will look in email platforms (e.g., Gmail, Yahoo, AOL) on mobile, desktop, and web-based applications. Each email platform displays content differently and marketers rely on Email on

Exhibit 3

Acid's services, which provide screenshots of how the email is rendered, to maintain their brand integrity.

4. Email on Acid, and another company called Litmus, are the two most popular providers of email-previews services. Between the two of us, we serve almost all of the global market share for this service, with a few other companies providing the services to a minute segment of the market. Email on Acid is the most cost-effective email-previews service provider. We offer both monthly billing and *a la carte* billing based on volume of usage of the Email Previews Service. Also, customers can receive a discount on monthly billing is they pay annually. Between the two main providers, Email on Acid is almost half the cost of Litmus, and no other company can compete with Email on Acid on price while still providing the same quality of service, e.g., number of platforms covered, response times, etc.

5. Defendant, 250ok Inc., provides email marketing support through tools that assist in analytics and deliverability. In 2015, Defendant purchased the white-label version of Email on Acid's Email Previews Service for use with its existing clients. Defendant executed an Email on Acid API License Agreement (the "**License Agreement**") on August 3, 2015. Attached as Exhibit 1 Email on Acid, LLC's Motion for Preliminary Injunction is a true and correct copy of the License Agreement signed by Defendant.

6. Since this time, Email on Acid fully performed all of its material obligations under the License Agreement, and Email on Acid and Defendant worked together without issue for several years.

7. But problems first began in 2018. On various phone calls with Defendant's CEO, Greg Kraios, Defendant made threats to either acquire my company or rip-off the Email Previews Service, because of how valuable the service was to Defendant's clients.

8. At the Email Innovations Summit in Las Vegas, Nevada, in May 2018, Mr. Kraios told me in person that Defendant has started developing the competitive product, and I advised him against it. Then, at another conference in Amsterdam a month later, Mr. Kraios again came to me wanting to discuss acquiring Email on Acid. But the conversation did not go very far, and it seemed that Mr. Kraios was making threats to intimidate me into an acquisition at the risk of Defendant becoming a direct competitor as opposed to remaining an API integration partner.

9. We continued doing business with Defendant until things got worse, starting in June 2019.

10. It started when we became aware of Defendant running online advertisements on Google.com, in which Defendant marketed itself and services as a competitor to Email on Acid. Below is a copy of a screen-capture of the advertisement on Google.com which I took on June 19, 2019. I emailed this to Mr. Kraios asking him to stop.



11.     This is how I learned that Defendant was not just threating Email on Acid with building a competitive product, they had created its own email-previews service.

12.     As evidence of Defendant's email-previews service, below is a copy of a screen-capture I took on September 13, 2019 of Defendant's website (www.250ok.com), describing its email-previews service.

13.     Because of this, we formally provided notice of termination of the License Agreement on July 2, 2019, which became effective August 1. Attached as Exhibit 2 to Email on Acid's Motion for Preliminary Injunction is a true and correct copy of the email exchange with Defendant terminating the License Agreement.

14.     Starting in January 2019, customers of Email on Acid—who are also clients of Defendant for separate services—began asking Email on Acid to renegotiate our rates, despite being the most cost effective in the market. They told us that another company was bidding for their business at a rate lower rate than what we were currently offering. At the time, we did not know who could possibly be offering the service besides Litmus, but Email on Acid ultimately lowered its prices to retain those customers.

15.     Building and maintaining an email-previews service is highly technical and constantly changing. Because of the intense difficulty of this technology, which has been developed

by Email on Acid over the last decade, no new company could enter the market and offer the same level of quality and service at lower prices than Email on Acid.

16. The only possible company that could offer a cheaper email-previews service is Defendant. Defendant offers a suite of services to its clients, but now that it has developed its own email-previews service (and especially now that it no longer pays a license fee to Email on Acid), it can afford to bundle its email-previews service with its other offerings that our mutual customers already use and are not as expensive to develop and maintain. Thus, they are still able to maintain profitability in supporting their email-previews service by the profit margins gained from their other services. Only Defendant can drastically lower the cost of its email-previews service to its clients—many of whom are shared customers of Email on Acid. In fact, Defendant could afford to offer the email-previews service for virtually nothing, possibly even nothing at all.

17. Email on Acid couldn't possibly compete with this, because we'd have to offer our core service product for free.

Dated this 5th day of December, 2019.

_____
John Thies
Co-Founder and CEO of Email on Acid, LLC

**State of Colorado**

County of Arapanoe                | S.S

Subscribed and sworn to (or affirmed to) before me in the above county, State of Colorado, this 5th day of December, 2019.

_____
(Notary's official signature)

ANGELA M PRITCHETT
Notary Public
State of Colorado
Notary ID # 20194016121
My Commission Expires 04-26-2023

April 26, 2023
(Commission expiration)