## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03496-WJM-MEH

**Email on Acid, LLC,**

        Plaintiff,

v.

**250ok, Inc., and Validity, Inc.**

        Defendants.

### STIPULATED MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and D.C.COLO.LCivR 6.1(a), Plaintiff Email on Acid, LLC and Defendant 250ok, Inc., by and through their respective counsel, hereby submit this Stipulated Motion to Amend the Scheduling Order.

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), the parties met and conferred regarding the subject matter of this Motion. The Parties jointly seek the relief requested herein.

### LEGAL STANDARD

A scheduling order may be modified for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014) ("In practice, this standard requires the movant to show the scheduling deadlines cannot be met despite [the movant's] diligent efforts").

Whether to modify a scheduling order is committed to the sound discretion of the Court, which should consider the following factors:

> "(1) whether trial is imminent; (2) whether the request to reopen or extend discovery is opposed; (3) whether the non-moving party would be

1

prejudiced; (4) whether the moving party was diligent in obtaining discovery within the guidelines established by the Court; (5) the foreseeability of the need for additional discovery in light of the time allowed for discovery by the Court; and (6) the likelihood that the discovery will lead to relevant evidence."

*Fisher v. Martell*, No. 19-CV-03599-RM-KMT, 2020 WL 7055489, at *1 (D. Colo. Dec. 2, 2020) (citing *Smith v. United States,* 834 F.2d 166, 169 (10th Cir. 1987)).

## ARGUMENT

On December 28, 2020, in response to cross motions by the parties, the Court modified the Scheduling Order (Dkt. 33) to set the following pretrial deadlines:

Initial Expert Disclosure Deadline: January 25, 2021
Rebuttal Expert Disclosure Deadline: March 1, 2021
Discovery Cut-off: March 26, 2021
Dispositive Motion Deadline: April 27, 2021
Final Pretrial Conference: June 16, 2021

On January 5, 2021, the parties exchanged written statements in anticipation of the discovery conference on January 6. At this time, Email on Acid learned that 250ok's expected production of Slack communications included several hundred thousand messages. Due to logistical challenges of a production of this size, the parties agreed that they could not meet the current case deadlines even with diligent efforts.

Furthermore, previously added defendant, Validity, Inc., has only recently entered appearance by filing a motion to dismiss. (*See* Dkt. 74). Should that motion fail, the parties will require additional time for discovery of issues pertaining to Validity, Inc.

The parties seek an extension of the pretrial deadlines, as follows:

Initial Rule 26(a)(2) Disclosures: ~~January 25, 2021~~ May25, 2021
Rebuttal Rule 26(a)(2) Disclosures: ~~March 1, 2021~~ June 25, 2021
Discovery Cut-off: ~~March 26, 2021~~ July 26, 2021
Dispositive Motion Deadline: ~~April 27, 2021~~ August 27, 2021

2

Regarding the Final Pretrial Conference, the parties agree to any date convenient for the Court in the week of Monday October 18, 2021 through Friday October 22, 2021.

Good cause exists for the extension because (1) trial is not imminent and a brief extension will not cause significant delay; (2) the parties jointly request to continue these deadlines; (3) neither side will be prejudiced by the extension; and (4) both sides have been diligent in obtaining discovery. *Fisher*, 2020 WL 7055489 at *1; *see also Larimer v. Ocwen Loan Servicing*, No. 14-CV-01891-RM-KLM, 2015 WL 4036181, at *3 (D. Colo. July 1, 2015) (a three-week extension of affirmative and rebuttal expert disclosure deadlines will not cause any significant delay of the case where the motion for continuance is filed before expiration of the deadlines for which the extensions are sought).

Accordingly, the Parties request the Court amend the Scheduling Order in conformity with this Motion.

January 18, 2021.

**Cambridge Law LLC**

*s/ Zachary C. Garthe*
Zachary C. Garthe
Reid J. Allred
4610 South Ulster Street, Suite 150
Denver, CO 80237
zac@cambridgelawcolorado.com
reid@cambridgelawcolorado.com

*Attorneys for Plaintiff*                    **Nixon Peabody LLP**

*s/ Matthew T. McLaughlin*
Matthew T. McLaughlin
Kacey Houston Walker
Exchange Place

3

53 State Street
Boston, MA 02109
mmclaughlin@nixonpeabody.com
kwalker@nixonpeabody.com

*Attorneys for Defendant 250ok, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2021 the foregoing **STIPULATED MOTION TO AMEND THE SCHEDULING ORDER** was served via CM/ECF on the following:

**Davis Graham & Stubbs LLP**

Emily L. Wasserman
Kenzo Kawanabe
1550 17th Street, Suite 500
Denver, CO 80202
emily.wasserman@dgslaw.com
kenzo.kawanabe@dgslaw.com

**Nixon Peabody LLP**

Matthew T. McLaughlin
Kacey Houston Walker
Exchange Place
53 State Street
Boston, MA 02109
mmclaughlin@nixonpeabody.com
kwalker@nixonpeabody.com

                                                   *s/ Zachary C. Garthe*
                                                   Zachary C. Garthe