IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-03496-RMR-MEH | Date: | September 8, 2021 |
| Courtroom Deputy: | Emily Buchanan | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| EMAIL ON ACID, LLC, | Zachary Garthe |
| Plaintiff, | |
| v. | |
| 250OK, INC., and VALIDITY, INC., | Matthew McLaughlin (by telephone) |
| Defendants. | |

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**   3:15 p.m.

Court calls case. Appearances of counsel.

Plaintiff raises concerns about Defendants' pace of discovery production. Plaintiff seeks deadlines in order to meet its December 10, 2021 discovery cut-off.

Arguments by counsel.

**ORDERED:**  Defendants shall produce technical documents on or before **September 22, 2021**. Counsel shall confer regarding the sales, marketing, and financial valuation documents out of Validity on or before **September 15, 2021**.

**Court in recess:**   3:35 p.m.   Hearing concluded.
Total in-court time:   00:20

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.